UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| FAYSAL BADAL MAALIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:17-cv-00582-VEH-SGC |
| JEFFERSON B. SESSIONS, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed June 1, 2017. (Doc. 6). In the motion, Respondents note Petitioner was released from ICE custody at some point during the week beginning May 22, 2017, pursuant to an Order of Supervision. (Doc. 6 at 2; *see also* Doc. 6-1).[1] Because Petitioner has been released, Respondents contend this case is due to be dismissed as moot.

On April 11, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Ethiopia. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

---

[1] Further, a search of the ICE online detainee locator reveals no records for Petitioner. *See* https://locator.ice.gov/odls/searchByAlienNumber.do (last visited June 2, 2017).

**DONE** and **ORDERED** this 5th day of June, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge